# AGREEMENT AND DECLARATION OF TRUST OF THE NORTH CENTRAL ILLINOIS LABORERS' HEALTH & WELFARE FUND

EXHIBIT C

# ARTICLE IV

## CONTRIBUTIONS AND COLLECTIONS

**Section 4.1**   *Employer Contributions.*

(a)   Each Employer shall make prompt contributions or payments to the Trust Fund in such amount and under the terms as are provided for in the applicable collective bargaining agreement in effect from time to time between the Employer or his bargaining representative and the Union. An Employer may also be required to make contributions in such amount and under such terms as such Employer may be obligated, in writing, to make, provided that such contributions shall be subject to acceptance by the Trustees. The Employer agrees that such contributions shall constitute an absolute obligation to the Trust Fund, and such obligation shall not be subject to set-off or counterclaim which the Employer may have for any liability of the Union or of an Employee.

(b)   Contributions to the Fund shall be paid to the Trustees or to such depository as the Trustees shall designate, only by check, bank draft, money order or other recognized written method of transmitting money or its equivalent, made payable to the order of the Trustees of the North Central Illinois Laborers Health & Welfare Fund. The payment of contributions shall be made periodically at such times as the Trustees shall specify by rules and regulations or as may be provided in the applicable collective bargaining agreement.

(c)   Each Employer shall be responsible only for the contributions payable by him on account of Employees covered by him, except as may be otherwise provided by law.

(d)    In the event an Employee employed by an Employer, as defined herein, shall perform work outside of the geographical jurisdiction of the Union, the Employer may be allowed to make payments to the Trust Fund for such employee only if the Trustees have established terms and condition authorizing such payments and have agreed to accept such payments.

**Section 4.2**    Employee Contributions.  Participants (i) who cease to perform work for an Employer for which work Employer contributions were required to be paid to this Fund as provided in Section 4.1 of this Article, and (ii) who, at the time they last performed such work, had been eligible and qualified to receive benefits under the plan of benefits established by the Trustees under this Fund, and (iii) who are members of such a class of such Participants as to whom the Trustees, consistent with applicable law, have in their sole discretion determined to provide continued eligibility for benefits of such type and amount and for such period of time and on such terms as the Trustees in their discretion may wish to make available to such class, shall make periodic contributions or payments to the Trust Fund in such amounts and at such times and subject to such conditions, requirements, limitations and rules as the Trustees in their sole discretion may establish and impose with respect to such class of such Participants.  Nothing herein shall be construed to abridge the rights of those eligible to receive benefits pursuant to exercise of rights under Consolidated Omnibus Budget Reduction Act and, when in conflict, the most favorable determination to the participant or beneficiary shall apply.

14

**Section 4.3**    Receipt of Payment and Other Property of Trust.  The Trustees or such other person or entity designated or appointed by the Trustees are hereby designated as the persons to receive the payments heretofore or hereafter made to the Trust Fund by the Employers and Employees.  The Trustees are hereby vested with all right, title and interest in and to such moneys and all interest which may be accrued thereon, and are authorized to receive and be paid the same.

**Section 4.4**    Late Payments.  The Trustees may require the payment by Employers of liquidated damages up to a maximum of twenty percent (20%) of the balance due as well as other costs and expenses such as, without limitation, interest, audit fees, attorneys' fees, filing fees and cost of service of papers and all audit costs incurred by the Trustees and arising out of the collection of such Employer's delinquent contributions.  Non-payment, by any Employer, of any contribution or other moneys owed to the Fund shall not relieve any other Employer from his or its obligation to make required payments to the Trust Fund.

**Section 4.5**    Collection and Enforcement of Payments.  The Trustees, or such committee of the Trustees as the Board of Trustees shall appoint, or the Administrative Manager if one has been appointed and when directed by such committee or by the Board of Trustees, shall have the power to demand, collect and receive Employer payments and all other money and property to which the Trustees may be entitled, and shall hold the same until applied to the purposes provided in this Trust Agreement.  They shall take such steps, including the institution and prosecution of, or the intervention in, such legal or administrative proceedings as the Trustees in their sole discretion determine to be in the best interest of the Trust Fund for the purpose of collecting such payments, money and property, without prejudice, however, to the rights of the Union to take whatever steps it deems necessary and wishes to undertake for such purpose.

15

The Trustees may employ attorneys, accountants and other professionals to conduct audits of the pertinent employment and payroll records of each employer, and the employer shall be liable to pay the professional fees and costs of suit and audit and all other costs incurred by the Trustees in pursuing delinquent contributions. Such other costs may include, but are not limited to, filing fees and service of process.

**Section 4.6** <u>Production of Records</u>. Each Employer shall promptly furnish to the Trustees, on demand, the names of his Employees, their Social Security numbers, the hours worked by each Employee and such other information as the Trustees may reasonably require in connection with the administration of the Trust Fund including but not limited to: payroll records, time records, certified payroll reports, federal and state tax returns and reports, cash disbursement records, records of payments to subcontractors, personnel file information and job cost records. The Trustees and the insurance carrier, when so authorized by the Trustees, may, by their respective representatives, examine the pertinent employment and payroll records of each Employer at the Employer's place of business whenever such examination is deemed necessary or advisable by the Trustees in connection with the proper administration of the Trust Fund and of the contracts or policies of insurance. The Union shall, upon the request of the Trustees, promptly furnish information with respect to an Employee's employment status. If such examination discloses that the employer has not been making its full payment as agreed, the costs of such examination shall be paid by such Employer. (See also Section 4.4).

16

**Section 4.7**    Conduct of Trust Business.  The Trustees shall have general supervision of the operation of this Trust Fund and shall conduct the business and activities of the Trust Fund in accordance with the Trust Agreement and applicable law.  The Trustees shall hold, manage and protect the Trust Fund and collect the income therefrom and contributions thereto.  The Trustees may, in the course of conducting the business of the Trust, execute all instruments in the name of the North Central Illinois Laborers' Health & Welfare Fund, which instruments shall be signed by at least one Employer and one Union Trustee, provided, however, any one Trustee may execute legal documents to commence and process law suits to enforce trust collections on behalf of the Trustees.

**Section 4.8**    Interest.  Interest, in the discretion of the Trustees, and when appropriate, may be charged on delinquent contributions.  It is contemplated that absent good cause shown, interest will be deemed to be appropriate.  Interest shall be charged at the rate of nine percent (9%) per annum for the balance due to the Fund.