# RESTATED AGREEMENT

# AND

# DECLARATION OF TRUST

# OF THE

# LABORERS' AND EMPLOYERS' COOPERATIVE TRUST OF ILLINOIS

EXHIBIT
E

## ARTICLE VII

## Participation and Contributions

7.01. **PARTICIPATION:** Participation in the Trust shall be open to all employers in the Industry in Illinois which employ laborers represented by LIUNA, District Councils or the Local Unions, and to associations of such employers; subject to the absolute discretion of the Board of Trustees to accept, reject or expel from participation in the Trust. The Board is empowered to condition participation on execution of such participation agreements or forms as the Board may promulgate, and on such other conditions as the Board deems necessary or appropriate. A participant may terminate its participation in the Trust by submitting a written notice of such action to the Board at any time, except to the extent that the participant is bound by a collective bargaining agreement, a participation agreement, or some other agreement requiring participation in the Trust. Termination of participation shall not excuse any Employer from indebtedness to the Trust for all contributions and other payments due for the period before the effective date of the termination. The Board is empowered to deem the purported termination of an Employer ineffective until such time as all indebtedness to the Trust by the Employer is satisfied.

7.02. **CONTRIBUTIONS:** The primary source of funding for the Trust shall be collectively-bargained Employer contributions. Each Employer shall contribute to the Trust in such amounts as set forth in its collective bargaining agreement with LIUNA, the District Councils, or a Local Union, or as set forth in some other written agreement authorized by the Board of Trustees. The financial responsibility of an Employer to the Trust shall be limited to making such contributions and to any default payments required by this Article, and no Employer shall be liable for contributions owed by another, separate Employer. Contributions shall be paid to the Trust in such manner and

at such times as the Board of Trustees shall determine. For administrative convenience, the Board may enter into arrangements with employee benefit plans sponsored by LIUNA, the District Councils or Local Unions for joint collection of Employer contributions.

7.03. **DEFAULT IN PAYMENT:** Employers which fail to pay the contributions or other payments owed the Trust when due may be expelled, at the Board's discretion, from participation in the Trust. In addition to any other remedies to which the Trust or the Board of Trustees is entitled, any Employer which fails to pay contributions or other payments owed within thirty (30) days of when due shall be liable to the Trust for interest at the rate of one-and-one-half percent (1½%) per month (or, if lower, the highest rate of interest permitted by applicable law) from the due date through the date of payment, as well as for all expenses of collection incurred by the Trust, including attorneys' fees and court costs. The Board is empowered to institute proceedings at law or equity, and to take any other lawful action, to collect contributions and otherwise enforce an Employer's obligations. The Board shall be entitled to institute collection and enforcement proceedings in court or otherwise without regard to any grievance or arbitration procedure set forth in any collective bargaining agreement or other agreement. The Board shall be entitled to assert all applicable liens, claims and priorities available under federal or state law against an Employer to secure payment of amounts owed. It is specifically agreed and understood that the Trustees are authorized to contract with any other fund or funds for auditing and collection of delinquent contributions and that the District Councils, unions, associations, contributing and signatory employers acknowledge, agree and understand that the fund procedures of the collecting fund shall be utilized and followed.

7.04. **CONTRIBUTION REPORT:** Employers shall submit to the Trust such written reports or documents as the Board of Trustees may deem necessary or appropriate to collect and

substantiate contributions.

7.05. **AUDITS:** Employers, at the request of the Board of Trustees, shall submit to an audit by a certified public accountant or accountancy firm of the appropriate records of the Employer to verify that the correct amount of contributions or of other payments due has been or will be paid and for no other purpose.

## ARTICLE VIII

### Amendment and Termination

8.01. **AMENDMENT BY BOARD:** This Trust Agreement may be amended, in whole or in part, at any time by the Board of Trustees by a duly executed written instrument; provided that no amendment shall violate applicable law or alter the fundamental purpose of the Trust; and provided further that no amendment shall permit the net earnings of the Trust to inure to the benefit of LIUNA, any Local Union, the District Councils affiliated with the Midwest Region, any Employer, or any other individual or entity, except to the extent permitted by applicable law, including the applicable provisions of the Internal Revenue Code. Any such amendment shall be deemed as part of this Trust Agreement and shall be binding on the Board, LIUNA, the Local Unions, the District Councils affiliated with the Midwest Region, the Employers and all other parties dealing with the Trust. The Board is empowered to fix such effective date for an amendment as it deems necessary or appropriate.

8.02. **TERMINATION OF TRUST:** This Trust Agreement and the Trust may be terminated at any time by the Board of Trustees; provided that such action shall be confirmed by a duly executed written instrument; and provided further that no termination by the Board shall be effective until written notice is delivered to LIUNA's Regional Manager and to the Associations