# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*

*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

*Swansea Office*
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

January 17, 2005

## FIRST AND FINAL NOTICE

**Via Certified Mail**
River City Sealcoating & Asphalt Paving
Rural Route #1, Box 24
Neponset, IL 61345

  Re: **Central Laborers' Fringe Benefit Funds**
     **Payroll Compliance Audit for the period of August 1, 2002 to Current**
     **Liquidated Damages Due**

Dear Sir/Madam:

  Please be advised, this firm represents the Central Laborers' Fringe Benefit Funds. Your firm has been selected for a payroll audit under the provisions of the Agreements and Declarations of the Trust.

  Romolo & Associates, C.P.A., has been engaged to conduct a limited examination of your payroll records and employers contribution reports from August 1, 2002, to as current as possible. The following is a list of the records the auditor will need in order to complete the payroll compliance audit:

1. Payroll journals;
2. Individual earnings and time records on all employees;
3. Annual earnings reports (W-2 and W-3);
4. Quarterly employer's federal withholding and FICA tax returns (Forms 941);
5. Quarterly employer's contribution and wage reports for state unemployment compensation (Forms UI-3);
6. Employer's copies of monthly contributions reports to the Fund;
7. All pertinent personnel file information;
8. Case disbursement records;
9. Payments to subcontractors (Forms 1096 and 1099);
10. Most recent Union contract; and
11. Federal income tax returns.


EXHIBIT F

River City Sealcoating & Asphalt Paving
January 17, 2005
Page 2


Additionally, your company has been assessed liquidated damages in the amount of $233.44, of which **$44.55** remains outstanding. Enclosed please find a breakdown of this amount for your reference.

**Please remit a check in the amount of $44.55 made payable to Central Laborers' Fringe Benefit Funds** *to this office* **on or before Monday, January 31, 2005. You must also contact this office in regard to scheduling a payroll compliance audit of your company.** <u>Failure to comply will leave us no other alternative than to file formal legal proceedings to collect the same.</u> This may result in additional costs and inconvenience to you, including assessment of our attorneys' fees in collecting the same.

Should you have any questions, please do not hesitate to contact this office.

Very truly yours,

James P. Moody

Enclosure
cc:     River City Sealcoating & Asphalt Paving, via regular mail
        Michelle Shadid, Romolo & Associates
JPM/rd
F:\files\CENTRAL\River City Sealcoating & Asphalt Paving\Letter.IntAud.LD.wpd