E-FILED
Thursday, 10 February, 2005  02:21:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, NORTH )
CENTRAL ILLINOIS LABORERS' HEALTH AND )
WELFARE FUND, CENTRAL LABORERS' ANNUITY )
FUND, ILLINOIS LABORERS' AND CONTRACTORS' )
TRAINING TRUST FUND, LABORERS' WORKING )
DUES, LABORERS'–EMPLOYERS' COOPERATION )
EDUCATION TRUST, and MIDWEST REGION )
ORGANIZING COMMITTEE, )
                                                       Plaintiffs, )
  vs.                                                    ) No.
                                                       )
RIVER CITY SEALCOATING & ASPHALT PAVING, )
INC., )
                                                       )
                                      Defendant. )

## AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

    I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| Date | Description | Hours |
|------|-------------|-------|
| 01/14/05 | Received and reviewed correspondence from Fund Office regarding pursuit of employer for Liquidated Damages and an audit; Letter to employer, via certified and regular mail, demanding payment and compliance. | 0.50 |
| 02/07/05 | Review file; Research corporate information; Preparation of draft Complaint for a payroll compliance audit and liquidated damages; Preparation of Affidavit in Support of Attorney Fees; Telephone conference with Bureau County Sheriff regarding fee for service of Summons and Complaint; Begin assembly of exhibits; Begin preparation of Civil Cover Sheet, Certificate of Interest and Summons. | 2.00 |


EXHIBIT G

| | | |
|---|---|---:|
| 02/09/05 | Finalize Complaint and Affidavit in Support of Attorney Fees; Finalize Civil Cover Sheet, Certificate of Interest and Summons; Assembly of full Complaint; Transmittal of same to U.S. District Court via e-mail for opening of new case. | 1.00 |
| | TOTAL HOURS 3.50 X $175.00 PER HOUR | $612.50 |
| 02/09/05 | U.S. District Court – Filing Fees | $250.00 |
| 02/09/05 | Bureau County Sheriff – Service Fees | $66.50 |
| | **TOTAL AMOUNT DUE** | **$929.00** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 9th day of February, 2005.

Rita Dolack
Notary Public

OFFICIAL SEAL
RITA DOLACK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006