January 3, 2005

River City Sealcoating & Asphalt Paving
R.R. #1 Box 24
Neponset, IL  61345

Liquidated Damages Assessments:

| | | | |
|---|---|---|---|
| Jun-03 | Local 165 | $196.29 | |
| Sep-03 | Local 165 | 37.15 | |
| Total | | $233.44 | $233.44 |

Report Form Overpayments

| | | | |
|---|---|---|---|
| Aug-03 | Local 165 | ($188.89) | |
| Total | | ($188.89) | ($188.89) |

Grand Total Due                              $44.55

DD/LB/River City Sealctg/breakdown

EXHIBIT
H