**E-FILED**
Thursday, 10 February, 2005  02:27:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH AND WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, LABORERS' WORKING DUES, LABORERS'–EMPLOYERS' COOPERATION EDUCATION TRUST, and MIDWEST REGION ORGANIZING COMMITTEE, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) No. |
| | ) |
| RIVER CITY SEALCOATING & ASPHALT PAVING, INC., | ) ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al., furnished the following in compliance with Standing Order CDIL of this Court.

(a)    Central Laborers' Pension Fund, North Central Illinois Laborers' Health and Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborers' and Contractors' Training Trust Fund, Laborers' Working Dues, Laborers'–Employers' Cooperation Education Trust, and Midwest Region Organizing Committee.

(b)    Not applicable.

(c)    CAVANAGH & O'HARA
William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
Daniel M. McLaughlin
John T. Long

DATED this 9th day of February, 2005.

_____s/ James P. Moody_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone:  (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

F:\files\CENTRAL\River City Sealcoating & Asphalt Paving\Certificate of Interest.wpd