# United States District Court

CENTRAL DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION FUND, et al.,

    Plaintiffs,

V.

RIVER CITY SEALCOATING & ASPHALT PAVING, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3033

TO: (Name and address of defendant)

Donald Barks, Jr., President -- PERSONAL SERVICE ONLY
Rural Route #1, Box 24
Neponset, IL 61345

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

February 9, 2005
DATE

s/ M. Rankin
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              Date                                               Signature of Server

                                                                    _____
                                                                    Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.