IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH AND WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, LABORERS' WORKING DUES, LABORERS'–EMPLOYERS' COOPERATION EDUCATION TRUST, and MIDWEST REGION ORGANIZING COMMITTEE, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 05-3033 |
| RIVER CITY SEALCOATING & ASPHALT PAVING INC., | ) ) ) | |
| Defendant. | ) ) | |

### PLAINTIFF'S STATUS REPORT

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for their response to this Honorable Court's Order dated March 21, 2005, to file a status report, herein state as follows:

1.    That a Complaint in this matter was filed on February 10, 2005.

2.    That Defendant has since complied with a payroll compliance audit requested in Count I of Plaintiffs' Complaint.

3.    The payroll audit, dated March 15, 2005, disclosed that Defendant owes Plaintiffs $18,196.57.

4.    Plaintiffs will file a First Amended Complaint within ten (10) days of the filing of this Status Report.

CENTRAL LABORERS PENSION FUND,
et al., Plaintiffs,

By: ___ s/ James P. Moody _____
          JAMES P. MOODY
          **CAVANAGH & O'HARA**
          Attorneys for Plaintiff
          407 East Adams
          Post Office Box 5043
          Springfield, IL  62705
          Telephone: (217) 544-1771
          Fax: (217) 544-9894
          jim@cavangh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 21st day of March, 2005:

Mr. Donald Barks, President
River City Sealcoating & Asphalt Paving, Inc.
Rural Route #1, Box 24
Neponset, IL 61345

and that the original was filed with the Clerk of the Court in which said case is pending.

By: ___ s/ James P. Moody _____
          JAMES P. MOODY
          **CAVANAGH & O'HARA**
          Attorneys for Plaintiff
          407 East Adams
          Post Office Box 5043
          Springfield, IL  62705
          Telephone: (217) 544-1771
          Fax: (217) 544-9894
          jim@cavangh-ohara.com

F:\files\CENTRAL\River City Sealcoating & Asphalt Paving\Status Report.wpd