**E-FILED**
Monday, 28 March, 2005  02:19:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH AND WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, LABORERS' WORKING DUES, LABORERS'–EMPLOYERS' COOPERATION EDUCATION TRUST, and MIDWEST REGION ORGANIZING COMMITTEE, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-3033 |
| RIVER CITY SEALCOATING & ASPHALT PAVING, INC., | ) ) ) | |
| Defendant. | ) ) | |

## FIRST AMENDED COMPLAINT

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, complaining of the Defendant, RIVER CITY SEALCOATING & ASPHALT PAVING, INC., and allege as follows:

1.    This action arises under the Employee Retirement Income Security Act of 1974 (ERISA), as amended, U.S.C. Title 29, Section 1145.

2.    The Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, are employee benefit funds administered pursuant to the terms and provisions of Declarations of Trusts creating said Funds and are required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and ERISA (as amended), 29 U.S.C. §§1001 *et seq.* The address and place of business of the Plaintiffs is Central Laborers' Pension, Welfare and Annuity Funds, Post Office Box 1267, Jacksonville, Illinois 62651-1267. The Central Laborers'

1

Pension, Welfare and Annuity Funds are the collection agents for the other named Plaintiffs.

3.      That the Defendant is an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. Sections 1002 (5), (11), (12) and (14).  Defendant employs individuals who are members of, and represented by Laborers' International Union of North America, and said individuals are participants in Plaintiffs' employee benefit funds, pursuant to a Participation Agreement by and between Defendant and Plaintiffs.  Said Participation Agreement is attached hereto and made a part hereof as **Exhibit A**.

4.      The Defendant's address is Neponset, Illinois 61345.

5.      Pursuant to ERISA (U.S.C. Title 29, Section 1145), the Defendant is required to make contributions to Plaintiffs in accordance with the terms and conditions of the Agreements and Declarations of Trust. Plaintiffs' Agreements and Declarations of Trust, in pertinent part, are attached hereto and made a part hereof as **Exhibits B, C, D and E**.

6.      Pursuant to the Trust Agreements, Plaintiffs are authorized and empowered to examine the payroll books and records of the Defendant to determine whether it is making full payment as required under such Agreements.

7.      The accounting firm of Romolo & Associates has determined that Defendant owes Plaintiffs delinquent contributions for the period of August 1, 2002 to December 31, 2004, in the amount of $18,196.57, plus liquidated damages in the amount of $44.55.  The audit report and breakdown of liquidated damages are attached hereto and made a part hereof as **Exhibits F** and **G** respectively.

8.      That pursuant to ERISA, 29 U.S.C. Section 1132(g)(2), and the Agreements and Declarations of Trust, the Defendant is liable for reasonable attorney fees in the amount of

2

$1,812.75. Attached hereto and incorporated herein as **Exhibit H** is the Affidavit of James P. Moody in support of his request for attorney fees incurred in the prosecution of this matter.

WHEREFORE, Plaintiffs pray as follows:

A.      For a Judgment in favor of Plaintiffs and against Defendant for audit liabilities due and owing for the period of August 1, 2002 to December 31, 2004, in the amount of $18,196.57, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered, and liquidated damages due in the amount of $44.55;

B.      That Defendant be specifically required to perform and continue to perform all its obligations to Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments heretofore referred to, or in lieu thereof, a statement covering the period for which said report is required that Defendant had no employees for whom contributions are required to be made;

C.      That Defendant be decreed to pay all costs attendant to any audit of Defendant's payroll books and records pursuant to the respective Agreements and Declarations of Trust of the Plaintiffs;

D.      That Defendant be decreed to pay to the Plaintiffs its reasonable attorney fees in the amount of $1,812.75 as provided by ERISA, 29 U.S.C. Section 1132(g)(2), and the respective Agreements and Declaration of Trusts of the Plaintiffs;

E.      That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

CENTRAL LABORERS' PENSION FUND, *et al.*,
Plaintiffs,

By:   _____ s/ James P. Moody _____
        JAMES P. MOODY
        **CAVANAGH & O'HARA**

3

407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
jim@cavanagh-ohara.com

F:\files\CENTRAL\River City Sealcoating & Asphalt Paving\AmendedComplaint.AUD.LD.wpd


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 28th day of March, 2005:

Mr. Donald Barks, President
River City Sealcoating & Asphalt Paving, Inc.
Rural Route #1, Box 24
Neponset, IL 61345


s/ James P. Moody
James P. Moody
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: 217-544-1771
Facsimile: 217-544-9894
jim@cavanagh-ohara.com

4