**E-FILED**
Monday, 28 March, 2005  02:23:26 PM
Clerk, U.S. District Court, ILCD

**STATEMENT OF ADDITIONAL
REPORTABLE HOURS DUE FOR
RIVER CITY SEALCOATING & ASPHALT
FOR THE PERIOD
AUGUST 1, 2002 TO DECEMBER 31, 2004**



EXHIBIT F



**ROMOLO & ASSOCIATES**
Certified Public Accountants

2428 N. North • Peoria, IL 61604
E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045

## *Independent Accountants' Report On Applying Agreed-Upon Procedures*

To the Delinquency Committee
of Central Laborers' Pension,
Welfare and Annuity Funds
Jacksonville, Illinois

At your request we have applied certain agreed upon procedures specified by Central Laborers' Fringe Benefit Funds as described in the attached supplement, to the selected payroll and related records of River City Sealcoating & Asphalt (the Employer) who has agreed to submit their records for the period August 1, 2002 to December 31, 2004. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the Central Laborers' Pension, Welfare and Annuity Funds Trust Agreements. This engagement to apply agreed-upon procedures was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

Because the procedures described in the supplement do not constitute an audit made in accordance with generally accepted auditing standards, we do not express an opinion on any of the accounts or items referred to in this report.

In connection with the above procedures, certain matters came to our attention that caused us to believe that additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $18,196.57.

In addition, the accompanying notes herein identify any special circumstances, which we believe the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Had we performed additional procedures or had we performed an audit of the financial statements in accordance with generally accepted auditing standards, other matters might have come to our attention that would have been reported to you. This report relates only to the items specified above and does not extend to any financial statements of the Employer taken as a whole.

The Employer is being advised by a copy of this letter that this report is for its review and consideration and that it need not do anything further with regard to the same until it has received a letter from the Pension and/or Welfare Fund advising the employer as to its right to challenge the findings and its obligations and alternatives with regard to payment of any delinquencies.

Page 2

This report is intended solely for the information of the Employer and the Central Laborers' Pension, Welfare and Annuity Funds and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

*[signature]*

Romolo & Associates
Certified Public Accountants
March 15, 2005

# SUPPLEMENT FOR AGREED UPON PROCEDURES

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

   * Weekly payroll
   * Individual earnings records
   * State unemployment tax Forms, UC-3s
   * Federal payroll tax Forms 941s, 940s, and/or W-2s
   * Other trades fringe benefit reports
   * The monthly remittance reports for your Fund
   * Job cost records

3. To determine that we were provided with the entire payroll we performed the following procedure:

   * Agreed gross wages per the Employer's payroll records to its payroll tax returns on a test basis.

4. In order to determine that all hours for covered work were properly reported to the Funds we performed the following test procedures:

   * Determined classifications of employees and union affiliation.
   * Compared hours worked by covered employees to the hours reported on the Employer's monthly remittance reports.
   * Reported all hours as due for employees whose occupation could not be determined.

5. Reviewed findings with Employer at conclusion of procedures and discussed possible delinquencies.

(Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

**RIVER CITY SEALCOATING & ASPHALT**
**NOTES TO AGREED UPON PROCEDURES**
**AUGUST 1, 2002 TO DECEMBER 31, 2004**

NOTE 1:    **NON-UNION LABORERS**

Kenneth Adolphson and Steve Adolphson are non-union laborers who worked for the Employer in 2003 and 2004. The Employer stated that these two individuals performed driving duties. The Employer provided no written job verification or hours in the payroll records. We have therefore divided the wages earned by these individuals by the appropriate rate and shown hours due for these individuals under LOCAL 165-NU.

NOTE 2:    **WAGE/HOUR DIFFERENCE**

In September 2003, Ted Robbins was reported to the Fund for 20 hours however, his wages for the third quarter of 2003 were $2,574. Since there was a difference in the wages reported and the wages made, we have divided the difference by Mr. Robbins' hourly rate and shown these hours as due under LOCAL 165.

In September of 2004 24 hours worked by Mr. Robbins was not reported to the Fund. Those hours have been shown as due herein under LOCAL 165. For the rest of the 4th quarter for 2004, Mr. Robbins made a total of $1,314. These wages were divided by Mr. Robbins' hourly rate and shown as due herein under LOCAL 165.

## River City Sealcoating & Asphalt
## TOTAL SUMMARY OF AMOUNTS DUE
### August 1, 2002 To December 31, 2004

| | 2002 | 2003 | 2004 | TOTAL |
|---|---|---|---|---|
| PENSION | $ - | $ 3,490.00 | $ 2,446.19 | $ 5,936.19 |
| ANNUITY | $ - | $ 3,228.27 | $ 1,200.67 | $ 4,428.94 |
| NC WELFARE | $ - | $ 3,751.74 | $ 2,194.45 | $ 5,946.19 |
| TRAINING | $ - | $ 349.00 | $ 217.24 | $ 566.24 |
| NC LECET | $ - | $ 191.97 | $ 98.85 | $ 290.82 |
| NC MROC | $ - | $ 69.80 | $ 35.94 | $ 105.74 |
| GROSS WAGES | $ - | $ 554.11 | $ 368.34 | $ 922.45 |
| | | | | |
| TOTAL DUE | $ - | $ 11,634.89 | $ 6,561.68 | $ 18,196.57 |

## River City Sealcoating & Asphalt
## SUMMARY OF AMOUNTS DUE - LOCAL 165
### August 1, 2002 To December 31, 2004

| | 2002 | 2003 | 2004 | TOTAL |
|---|---|---|---|---|
| PENSION | | $ 1,072.00 | $ 2,285.75 | $ 3,357.75 |
| ANNUITY | | $ 991.60 | $ 1,131.51 | $ 2,123.11 |
| NC WELFARE | | $ 1,152.40 | $ 2,054.45 | $ 3,206.85 |
| TRAINING | | $ 107.20 | $ 203.24 | $ 310.44 |
| NC LECET | | $ 58.96 | $ 92.69 | $ 151.65 |
| NC MROC | | $ 21.44 | $ 33.70 | $ 55.14 |
| GROSS WAGES | | $ 138.79 | $ 344.66 | $ 483.45 |
| | | | | |
| TOTAL DUE | $ | $ 3,542.39 | $ 6,146.00 | $ 9,688.39 |

**River City Sealcoating & Asphalt**
**Unreported Regular Hours**
**For period 1/1/2003 - 12/31/2003**

**Local: 165**

| ROBBINS, TED 352684281 | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 161.50 | 24.00 | 0.00 | 82.50 | 268.00 |
|  |  |  |  |  |  |  |  |  | 161.50 | 24.00 | 0.00 | 82.50 | 268.00 |
| **Amounts Due** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $646.00 | $96.00 | $0.00 | $330.00 | $1,072.00 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $597.55 | $88.80 | $0.00 | $305.25 | $991.60 |
| NC WELFARE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $694.45 | $103.20 | $0.00 | $354.75 | $1,152.40 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.60 | $9.60 | $0.00 | $33.00 | $107.20 |
| NC LECET | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.53 | $5.28 | $0.00 | $18.15 | $58.96 |
| NC MROC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.92 | $1.92 | $0.00 | $6.60 | $21.44 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,051.05 | $304.80 | $0.00 | $1,047.75 | $3,403.60 |
| **Rates** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PENSION | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 |  |
| ANNUITY | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 |  |
| NC WELFARE | 3.150 | 3.150 | 3.150 | 3.150 | 4.300 | 4.300 | 4.300 | 4.300 | 4.300 | 4.300 | 4.300 | 4.300 |  |
| TRAINING | 0.300 | 0.300 | 0.300 | 0.300 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 |  |
| NC LECET | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 |  |
| NC MROC | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 |  |

## River City Sealcoating & Asphalt
### Unreported Gross Wages
### For period 1/1/2003 - 12/31/2003
### Local: 165

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROBBINS, TED** 352684281 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,574.00 | $382.56 | $0.00 | $1,314.00 | $4,270.56 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,574.00 | $382.56 | $0.00 | $1,314.00 | $4,270.56 |
| **Amounts Due** | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $83.66 | $12.43 | $0.00 | $42.70 | $138.79 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $83.66 | $12.43 | $0.00 | $42.70 | $138.79 |
| **Rates** | | | | | | | | | | | | | |
| Working Dues | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | |

**River City Sealcoating & Asphalt**
**Unreported Regular Hours**
**For period 1/1/2004 - 12/31/2004**
**Local: 165**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOWNARD, RANDY 344527837 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.25 | 0.00 | 22.25 |
| EPPY, MARK 328625917 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62.50 | 0.00 | 62.50 |
| HICKMAN, PHILLIP E. 340504597 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 |
| HINTON, ROBERT 347583959 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.75 | 0.00 | 105.75 |
| KELLY, MIKE 332706416 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 0.00 | 92.25 | 26.50 | 166.75 |
| MERRICK, JUSTIN 335800464 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 |
| OSBORN, DAVID 325462581 | 0.00 | 0.00 | 0.00 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.00 |
| **Unreported Regular Hours** | 0.00 | 0.00 | 0.00 | 74.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 0.00 | 272.75 | 26.50 | 421.25 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $298.00 | $0.00 | $0.00 | $0.00 | $0.00 | $275.04 | $0.00 | $1,562.86 | $151.85 | $2,285.75 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $273.80 | $0.00 | $0.00 | $0.00 | $0.00 | $118.55 | $0.00 | $873.70 | $65.45 | $1,131.51 |
| NC WELFARE | $0.00 | $0.00 | $0.00 | $318.20 | $0.00 | $0.00 | $0.00 | $0.00 | $240.00 | $0.00 | $1,363.75 | $132.50 | $2,054.45 |
| TRAINING | $0.00 | $0.00 | $0.00 | $29.60 | $0.00 | $0.00 | $0.00 | $0.00 | $24.00 | $0.00 | $136.39 | $13.25 | $203.24 |
| NC LECET | $0.00 | $0.00 | $0.00 | $16.28 | $0.00 | $0.00 | $0.00 | $0.00 | $10.56 | $0.00 | $60.02 | $5.83 | $92.69 |
| NC MROC | $0.00 | $0.00 | $0.00 | $5.92 | $0.00 | $0.00 | $0.00 | $0.00 | $3.84 | $0.00 | $21.82 | $2.12 | $33.70 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $939.80 | $0.00 | $0.00 | $0.00 | $0.00 | $672.00 | $0.00 | $3,818.54 | $371.00 | $5,801.34 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 4.000 | 4.000 | 4.000 | 4.000 | 5.730 | 5.730 | 5.730 | 5.730 | 5.730 | 5.730 | 5.730 | 5.730 | |
| ANNUITY | 3.700 | 3.700 | 3.700 | 3.700 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | |
| NC WELFARE | 4.300 | 4.300 | 4.300 | 4.300 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | |
| TRAINING | 0.400 | 0.400 | 0.400 | 0.400 | 0.500 | 0.500 | 0.500 | 0.500 | 0.500 | 0.500 | 0.500 | 0.500 | |
| NC LECET | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | |
| NC MROC | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | |

**River City Sealcoating & Asphalt**
**Unreported Gross Wages**
**For period 1/1/2004 - 12/31/2004**
**Local: 165**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOWNARD, RANDY 344527837 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $470.64 | $0.00 | $470.64 |
| EPPY, MARK 328625917 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,321.89 | $0.00 | $1,321.89 |
| HICKMAN, PHILLIP E. 340504597 | $0.00 | $0.00 | $0.00 | $298.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $298.10 |
| HINTON, ROBERT 347583959 | $0.00 | $0.00 | $0.00 | $211.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,025.18 | $0.00 | $2,236.68 |
| KELLY, MIKE 332706416 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,015.24 | $0.00 | $1,951.15 | $560.48 | $3,526.87 |
| MERRICK, JUSTIN 335800464 | $0.00 | $0.00 | $0.00 | $298.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $298.10 |
| OSBORN, DAVID 325462581 | $0.00 | $0.00 | $0.00 | $761.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $761.44 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $1,565.14 | $0.00 | $0.00 | $0.00 | $0.00 | $1,015.24 | $0.00 | $5,768.86 | $560.48 | $8,909.72 |
| **Amounts Due** | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $50.88 | $0.00 | $0.00 | $0.00 | $0.00 | $40.61 | $0.00 | $230.77 | $22.42 | $344.66 |
| Total Liability | $0.00 | $0.00 | $0.00 | $50.88 | $0.00 | $0.00 | $0.00 | $0.00 | $40.61 | $0.00 | $230.77 | $22.42 | $344.66 |
| **Rates** | | | | | | | | | | | | | |
| Working Dues | 3.25% | 3.25% | 3.25% | 3.25% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | |

## River City Sealcoating & Asphalt
### SUMMARY OF AMOUNTS DUE - LOCAL 165NU
#### August 1, 2002 To December 31, 2004

|  | 2002 | 2003 | 2004 | TOTAL |
|---|---|---|---|---|
| PENSION |  | $ 2,418.00 | $ 160.44 | $ 2,578.44 |
| ANNUITY |  | $ 2,236.67 | $ 69.16 | $ 2,305.83 |
| NC WELFARE |  | $ 2,599.34 | $ 140.00 | $ 2,739.34 |
| TRAINING |  | $ 241.80 | $ 14.00 | $ 255.80 |
| NC LECET |  | $ 133.01 | $ 6.16 | $ 139.17 |
| NC MROC |  | $ 48.36 | $ 2.24 | $ 50.60 |
| GROSS WAGES |  | $ 415.32 | $ 23.68 | $ 439.00 |
|  |  |  |  |  |
| TOTAL DUE | $ - | $ 8,092.50 | $ 415.68 | $ 8,508.18 |

## River City Sealcoating & Asphalt
## Unreported Total Hours
## For period 1/1/2003 - 12/31/2003
### Local: 165NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOLPHSON, KENNETH 322642174 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79.50 | 0.00 | 0.00 | 343.25 | 0.00 | 0.00 | 83.25 | 506.00 |
| ADOLPHSON, STEVE 322640088 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.25 | 0.00 | 0.00 | 83.25 | 98.50 |
| Unreported Total Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79.50 | 0.00 | 0.00 | 358.50 | 0.00 | 0.00 | 166.50 | 604.50 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $318.00 | $0.00 | $0.00 | $1,434.00 | $0.00 | $0.00 | $666.00 | $2,418.00 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $294.15 | $0.00 | $0.00 | $1,326.48 | $0.00 | $0.00 | $616.06 | $2,236.67 |
| NC WELFARE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $341.85 | $0.00 | $0.00 | $1,541.55 | $0.00 | $0.00 | $715.94 | $2,599.34 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.80 | $0.00 | $0.00 | $143.40 | $0.00 | $0.00 | $66.60 | $241.80 |
| NC LECET | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17.49 | $0.00 | $0.00 | $78.88 | $0.00 | $0.00 | $36.64 | $133.01 |
| NC MROC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.36 | $0.00 | $0.00 | $28.68 | $0.00 | $0.00 | $13.32 | $48.36 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,009.65 | $0.00 | $0.00 | $4,552.97 | $0.00 | $0.00 | $2,114.56 | $7,677.18 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | |
| ANNUITY | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | 3.700 | |
| NC WELFARE | 3.150 | 3.150 | 3.150 | 3.150 | 4.300 | 4.300 | 4.300 | 4.300 | 4.300 | 4.300 | 4.300 | 4.300 | |
| TRAINING | 0.300 | 0.300 | 0.300 | 0.300 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | |
| NC LECET | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | |
| NC MROC | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | |

**River City Sealcoating & Asphalt**
**Unreported Gross Wages**
**For period 1/1/2003 - 12/31/2003**
**Local: 165NU**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOLPHSON, KENNETH 322642174 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,680.00 | $0.00 | $0.00 | $7,258.96 | $0.00 | $0.00 | $1,760.00 | $10,698.96 |
| ADOLPHSON, STEVE 322640088 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $320.00 | $0.00 | $0.00 | $1,760.00 | $2,080.00 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,680.00 | $0.00 | $0.00 | $7,578.96 | $0.00 | $0.00 | $3,520.00 | $12,778.96 |
| Amounts Due | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.60 | $0.00 | $0.00 | $246.32 | $0.00 | $0.00 | $114.40 | $415.32 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.60 | $0.00 | $0.00 | $246.32 | $0.00 | $0.00 | $114.40 | $415.32 |
| Rates | | | | | | | | | | | | | |
| Working Dues | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | |

**River City Sealcoating & Asphalt**
**Unreported Regular Hours**
**For period 1/1/2004 - 12/31/2004**
**Local: 165NU**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOLPHSON, KENNETH 322642174 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 14.00 |
| ADOLPHSON, STEVE 322640088 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 14.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 | 28.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $160.44 | $160.44 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $69.16 | $69.16 |
| NC WELFARE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $140.00 | $140.00 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.00 | $14.00 |
| NC LECET | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.16 | $6.16 |
| NC MROC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.24 | $2.24 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $392.00 | $392.00 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 4.000 | 4.000 | 4.000 | 4.000 | 5.730 | 5.730 | 5.730 | 5.730 | 5.730 | 5.730 | 5.730 | 5.730 | |
| ANNUITY | 3.700 | 3.700 | 3.700 | 3.700 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | |
| NC WELFARE | 4.300 | 4.300 | 4.300 | 4.300 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | |
| TRAINING | 0.400 | 0.400 | 0.400 | 0.400 | 0.500 | 0.500 | 0.500 | 0.500 | 0.500 | 0.500 | 0.500 | 0.500 | |
| NC LECET | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | |
| NC MROC | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | |

**River City Sealcoating & Asphalt**
**Unreported Gross Wages**
**For period 1/1/2004 - 12/31/2004**
**Local: 165NU**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOLPHSON, KENNETH 322642174 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $296.10 | $296.10 |
| ADOLPHSON, STEVE 322640088 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $296.10 | $296.10 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $592.20 | $592.20 |
| **Amounts Due** | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23.68 | $23.68 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23.68 | $23.68 |
| **Rates** | | | | | | | | | | | | | |
| Working Dues | 3.25% | 3.25% | 3.25% | 3.25% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | |