Thursday, 10 February, 2005
Clerk, U.S. District Court, ILCD

E-FILED
Monday, 28 March, 2005 02:23:06 PM
Clerk, U.S. District Court, ILCD

January 3, 2005

River City Sealcoating & Asphalt Paving
R.R. #1 Box 24
Neponset, IL  61345

Liquidated Damages Assessments:

| | | | |
|---|---|---:|---:|
| Jun-03 | Local 165 | $196.29 | |
| Sep-03 | Local 165 | 37.15 | |
| Total | | $233.44 | $233.44 |

Report Form Overpayments

| | | | |
|---|---|---:|---:|
| Aug-03 | Local 165 | ($188.89) | |
| Total | | ($188.89) | ($188.89) |

| | |
|---|---:|
| Grand Total Due | $44.55 |

DD/LB/River City Sealctg/breakdown



EXHIBIT G