IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH AND WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, LABORERS' WORKING DUES, LABORERS'–EMPLOYERS' COOPERATION EDUCATION TRUST, and MIDWEST REGION ORGANIZING COMMITTEE,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>RIVER CITY SEALCOATING & ASPHALT PAVING, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 05-3033<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| Date | Description | Hours |
|---|---|---|
| 01/14/05 | Received and reviewed correspondence from Fund Office regarding pursuit of employer for Liquidated Damages and an audit; Letter to employer, via certified and regular mail, demanding payment and compliance. | 0.50 |
| 02/07/05 | Review file; Research corporate information; Preparation of draft Complaint for a payroll compliance audit and liquidated damages; Preparation of Affidavit in Support of Attorney Fees; Telephone conference with Bureau County Sheriff regarding fee for service of Summons and Complaint; Begin assembly of exhibits; Begin preparation of Civil Cover Sheet, Certificate of Interest and Summons. | 2.00 |


EXHIBIT
H

| Date | Description | Hours |
|---|---|---|
| 02/09/05 | Finalize Complaint and Affidavit in Support of Attorney Fees; Finalize Civil Cover Sheet, Certificate of Interest and Summons; Assembly of full Complaint; Transmittal of same to U.S. District Court via e-mail for opening of new case. | 1.00 |
| 02/10/05 | Received and reviewed file-stamped copy of Certificate of Interest, Civil Cover Sheet, Summons (issued), Complaint and exhibits from U.S. District Court, via e-mail. | .25 |
| 02/11/05 | Received and reviewed issued Summons from U.S. District Court; Letter to Bureau County Sheriff regarding service of same; Update status report. | .35 |
| 02/17/05 | Received and reviewed correspondence from Dan Koeppel of Fund Office regarding contact by Don Barks, President of employer, and Auditor's indication that records were received; review file; reply to same. | .25 |
| 02/23/05 | Received and reviewed return of Summons unexecuted as President has moved; review file. | .30 |
| 03/21/05 | Received and reviewed Text Order from U.S. District Court requesting status of service of Complaint; review file; telephone conference with Michelle Shadid at Romolo & Associates regarding status of audit per Dan Koeppel's indication that documents were forwarded; audit completed; preparation of Status Report pursuant to audit compliance and filing Amended Complaint; transmittal of same to U.S. District Court via electronic filing; forward copy of same to Defendant. | 1.50 |
| 03/21/05 | Received and reviewed audit results from Michelle Shadid at Romolo & Associates. | .20 |
| 03/21/05 | Final review of Status Report. | .30 |
| 03/28/05 | Draft First Amended Complaint. | 1.00 |
| 03/28/05 | Assembly of exhibits and draft Amended Affidavit in Support of Attorneys Fees. | .50 |
| 03/28/05 | Preparation of First Amended Complaint with exhibits for filing with U.S. District Court via electronic filing. | .40 |
| | TOTAL HOURS 8.55 X $175.00 PER HOUR | $1,496.25 |
| 02/09/05 | U.S. District Court – Filing Fees | $250.00 |
| 02/09/05 | Bureau County Sheriff – Service Fees | $66.50 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | $1,812.75 |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                                  s/James P. Moody
                                                  JAMES P. MOODY
                                                  **CAVANAGH & O'HARA**
                                                  Attorneys for Plaintiffs
                                                  407 East Adams Street
                                                  Post Office Box 5043
                                                  Springfield, IL 62705
                                                  Telephone: (217) 544-1771
                                                  Fax: (217) 544-9894
                                                  jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 28th day of March, 2005.

                                                  Rita Dolack
                                                  Notary Public

OFFICIAL SEAL
**RITA DOLACK**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006