E-FILED
Thursday, 14 July, 2005  08:50:35 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, NORTH )
CENTRAL ILLINOIS LABORERS' HEALTH AND )
WELFARE FUND, CENTRAL LABORERS' ANNUITY )
FUND, ILLINOIS LABORERS' AND CONTRACTORS' )
TRAINING TRUST FUND, LABORERS' WORKING )
DUES, LABORERS'–EMPLOYERS' COOPERATION )
EDUCATION TRUST, and MIDWEST REGION )
ORGANIZING COMMITTEE, )
)
                Plaintiffs, )
)
vs. ) Case No. 05-3033
)
RIVER CITY SEALCOATING & ASPHALT PAVING )
INC., )
)
                Defendant. )

## PLAINTIFFS' STATUS REPORT

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its response to this Honorable Court's Order dated March 21, 2005, to file a status report, herein state as follows:

1. That a Complaint in this matter was filed on February 10, 2005.

2. That Defendant has since complied with a payroll compliance audit requested in Count I of Plaintiffs' Complaint.

3. That the payroll audit, dated March 15, 2005, disclosed that Defendant owes Plaintiffs $18,196.57.

4. That Plaintiffs filed its First Amended Complaint on March 28, 2005.

5. The Defendant has submitted audit challenges to Plaintiffs' Board of Trustees for review and consideration. The Board meeting is set for Monday July 18, 2005. It is anticipated that

the Board of Trustees will accept the audit challenges and the Defendant's obligation will be satisfied. Plaintiffs will know the week of July 18, 2005 whether this case will be dismissed or whether further prosecution is necessary. Plaintiffs will inform the Court next week on the status of this litigation.

CENTRAL LABORERS PENSION FUND, et al., Plaintiffs,

By:    s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiff
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavangh-ohara.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 14th day of July, 2005:

      Mr. Donald Barks, President
River City Sealcoating & Asphalt Paving, Inc.
Rural Route #1, Box 24
Neponset, IL 61345

and that the original was filed with the Clerk of the Court in which said case is pending.

      By:    s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiff
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavangh-ohara.com

F:\files\CENTRAL\River City Sealcoating & Asphalt Paving\Status Report2.wpd