IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH AND WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, LABORERS' WORKING DUES, LABORERS'–EMPLOYERS' COOPERATION EDUCATION TRUST, and MIDWEST REGION ORGANIZING COMMITTEE,<br><br>       Plaintiffs,<br><br>vs.<br><br>RIVER CITY SEALCOATING & ASPHALT PAVING INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 05-3033<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, file this Notice of Voluntary Dismissal Without Prejudice and in support thereof states as follows:

1. That the First Amended Complaint in this matter was filed March 28, 2005.

2. That the Defendant submitted audit challenges to Plaintiffs' Board of Trustees for review and consideration.

3. That Plaintiffs' Board of Trustees have accepted the Defendant's challenges and, as a result, no further audit liabilities are owed to Plaintiffs by Defendant.

4. That this matter has not been dismissed in any court of the United States or of any state.

WHEREFORE, Plaintiffs herewith file this Notice of Voluntary Dismissal Without Prejudice.

CENTRAL LABORERS PENSION FUND,
et al., Plaintiffs,

By: ___s/ James P. Moody___
    JAMES P. MOODY
    **CAVANAGH & O'HARA**
    Attorneys for Plaintiff
    407 East Adams
    Post Office Box 5043
    Springfield, IL 62705
    Telephone: (217) 544-1771
    Fax: (217) 544-9894
    jim@cavangh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 29th day of July, 2005:

Mr. Donald Barks, President
River City Sealcoating & Asphalt Paving, Inc.
Rural Route #1, Box 24
Neponset, IL 61345

and that the original was filed with the Clerk of the Court in which said case is pending.

By: ___s/ James P. Moody___
    JAMES P. MOODY
    **CAVANAGH & O'HARA**
    Attorneys for Plaintiff
    407 East Adams
    Post Office Box 5043
    Springfield, IL 62705
    Telephone: (217) 544-1771
    Fax: (217) 544-9894
    jim@cavangh-ohara.com